**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINCOLN T. GRISWOLD, and LINCOLN T. GRISWOLD FAMILY LLP,<br><br>Plaintiffs,<br><br>v.<br><br>COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., COVENTRY FINANCIAL, LLC, and REID S. BUERGER,<br><br>Defendants. | Civil Action No. 2:10-cv-05964-CDJ |

## NOTICE OF APPEAL

Notice is hereby given that the Defendants herein, Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., Coventry Financial LLC, and Reid S. Buerger, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the Honorable C. Darnell Jones, II, United States District Court Judge for the Eastern District of Pennsylvania, dated February 27, 2013, which denied Defendants' Motion to Dismiss the Amended Complaint or to Compel Individual Arbitration and Stay.

Respectfully submitted,

**COZEN O'CONNOR**

Dated: March 27, 2013

*/s/ F. Warren Jacoby*
F. Warren Jacoby, Esquire
Jennifer M. McHugh, Esquire
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2154
Facsimile: (215) 701-2154

**WILLIAMS & CONNOLLY LLP**
Marcie R. Ziegler (*Admitted Pro Hac Vice*)
David A. Forkner (*Admitted Pro Hac Vice*)
Kenneth J. Brown (*Admitted Pro Hac Vice*)
Stephen D. Andrews (*Admitted Pro Hac Vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants*