IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINCOLN T. GRISWOLD, and | : | |
| LINCOLN T. GRISWOLD FAMILY LLP, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-5964 |
| COVENTRY FIRST LLC, THE | : | |
| COVENTRY GROUP, INC., | : | |
| MONTGOMERY CAPITAL, INC., | : | |
| COVENTRY FINANCIAL, LLC, and | : | |
| REID S. BUERGER, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *18th* day of *February*, 2015, upon consideration of the Motion by Defendants Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., Coventry Financial, LLC, and Reid S. Buerger (collectively "Defendants") to Strike Plaintiffs Class Allegations (Docket No. 78), the Response by Plaintiffs Lincoln T. Griswold and Lincoln T. Griswold Family LLP (collectively "Plaintiffs") (Docket No. 84), Defendants' Reply (Docket No. 85), Plaintiffs' Sur-reply (Docket No. 86), and Defendants' Supplemental Memorandum in Support (Docket No. 87), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.