**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENT C. GRISWOLD, EXECUTOR OF THE ESTATE OF LINCOLN T. GRISWOLD, and LINCOLN T. GRISWOLD FAMILY LLP, Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 10-5964 |
| COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., COVENTRY FINANCIAL, LLC, and REID S. BUERGER, Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(A)**

Plaintiffs Kent C. Griswold, Executor of the Estate of Lincoln T. Griswold, and the Lincoln T. Griswold Family LLP and Defendants Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., Coventry Financial, LLC, and Reid S. Buerger hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

**MITTS LAW, LLC**

By: [signature]
Maurice R. Mitts
Gerard M. McCabe
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112

Dated: 7/20/17

**WILLIAMS & CONNOLLY LLP**

By: /s/ Richmond T. Moore
Richmond T. Moore
Kyle E. Thomason
725 Twelfth St., N.W.
Washington, DC 20005
(202) 434-5853

Dated: July 20, 2017

**THORMAN PETROV GROUP CO., LPA**

By: ______________________
Christopher T. Thorman
Daniel P. Petrov
50 E Washington St.
Cleveland, OH 44022
(216) 621-3422

Dated: 7/20/17

**WEISMAN KENNEDY BERRIS CO, LPA**

By: ______________________
Daniel P. Goetz
Robert E. Kennedy
101 Prospect Avenue, West
1600 Midland Bldg.
Cleveland, OH 44115
(216) 781-1111

Dated: 7/20/17

*Attorneys for Plaintiffs*

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

By: /s/ Robert L. Ebby
Mark A. Aronchick
Robert L. Ebby
Robert A. Wiygul
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

Dated: July 20, 2017

*Attorneys for Defendants*